THOMAS H. SULLIVAN, Adm.

*vs.*

ROCKLAND, THOMASTON AND CAMDEN STEEL RAILWAY.

Knox County. Decided December 4, 1912. This is an action to recover damages for personal injuries resulting in the death of Sortir Theodos, plaintiff's intestate. Sortir was one of a crew of men who, on the 23d day of December, 1910, under charge of William Walker, foreman, went to work for defendant discharging a cargo of coal in defendants' cars at the wharf at Glencove, in town of Rockport, Me. The evidence shows that the accident

which caused the death of plaintiff's intestate, was due to, or contributed to, by a fellow servant. At the conclusion of the plaintiff's testimony, the presiding Justice ordered a nonsuit and the plaintiff excepted to said order. Exceptions overruled. *Philip Howard,* for plaintiff. *A. S. Littlefield and Alan L. Bird,* for defendant.